# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 24-50105
CONSOLIDATED WITH
No. 24-50106

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
September 20, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

FRANCISCO PEREZ-ARELLANO,

*Defendant—Appellant*.

———————————————————————

Appeals from the United States District Court
for the Western District of Texas
USDC Nos. 1:23-CR-109-1,
1:23-CR-111-1

———————————————————————

Before WIENER, HO, and RAMIREZ, *Circuit Judges.*

PER CURIAM:[*]

The Federal Public Defender appointed to represent Francisco Perez-Arellano has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Perez-Arellano has not filed a response. We have

———————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

24-50105
c/w No. 24-50106

reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motions for leave to withdraw are GRANTED, counsel is excused from further responsibilities herein, and the appeals are DISMISSED. *See* 5TH CIR. R. 42.2.